NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RITZ CAMERA & IMAGE, LLC,**
*Plaintiff-Respondent,*

v.

**SANDISK CORPORATION,**
*Defendant-Petitioner.*

---

Miscellaneous Docket No. 101

---

On Petition for Permission to Appeal pursuant to 28 U.S.C. § 1292(b) from the United States District Court for the Northern District of California in case no. 10-CV-2787, Judge Jeremy Fogel.

---

## ON MOTION

---

## ORDER

SanDisk Corporation moves for leave to file a reply in support of its petition for permission to appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 13 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David W. Hansen, Esq.
Joseph S. Hall, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 13 2012

**JAN HORBALY**
**CLERK**